UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-23564-CIV-O'SULLIVAN

[CONSENT CASE]

JOSE FRANCISCO MARADIAGA SOTO,
and all others similarly situated under 29
U.S.C. 216(b),

        Plaintiffs,

vs.

DIMITRI CONSTRUCTION SERVICES
CORP., and RICARDO A DIMITRI,

        Defendants.

_____

**ORDER APPROVING JOINT MOTION FOR APPROVAL OF PARTIES'
SETTLEMENTAGREEMENT AND STIPULATED DISMISSAL WITH PREJUDICE**

Having reviewed the Settlement Agreement between the Parties, Plaintiff, JOSE FRANCISCO MARADIAGA SOTO ("Plaintiff"), and Defendants, DIMITRI CONSTRUCTION SERVICES CORP., and RICARDO A DIMITRI,(collectively, "Defendants"), (collectively, the "Plaintiff" and "Defendants" referred to as the "Parties"), it appears to the Court that due cause exists to approve settlement and dismiss the case with prejudice regarding Plaintiff's claims against Defendants. Accordingly, it is

**ORDERED AND ADJUDGED** that the parties' Joint Motion for Approval of Parties' Settlement Agreement and Stipulated Dismissal with Prejudice (DE# 40, 2/6/17) is **GRANTED**. It is further

**ORDERED AND ADJUDGED** that the Settlement Agreement is hereby **APPROVED** in its entirety by the Court under *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982). This case is **DISMISSED WITH PREJUDICE** with the Court to retain jurisdiction

until **March 15, 2017** to enforce the terms of the Settlement Agreement. All pending motions in this case are **DENIED as moot** and this case is **CLOSED**.

  **DONE AND ORDERED** in chambers, at Miami, Florida, this **7th** day of February, 2017.

                 _____
                 JOHN J. O'SULLIVAN
                 UNITED STATES MAGISTRATE JUDGE

cc: All Counsel of Record